UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

                **Plaintiff,**

-against-

EQUIFAX INFORMATION SERVICE, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANSUNION, LLC,

                **Defendants.**

1:24-cv-09697 (ALC)

**ORDER OF SERVICE**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff, who is appearing *pro se*, brings this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, alleging that Defendants have failed to accurately report information regarding Plaintiff's credit accounts. By order dated January 8, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 8.

**DISCUSSION**

**A.**    **Service on Defendants**

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC through the U.S. Marshals Service, the Clerk of Court is respectfully instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.    Electronic case filing**

The Court grants Plaintiff's motion for permission to file documents electronically. ECF No. 5. The ECF Rules & Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions.

Following Plaintiff's registering to file documents electronically, she no longer will receive service of documents by postal mail, whether or not she previously consented to accept electronic service. All documents filed by the Court, or any other party, shall be served on Plaintiff by electronic notice to Plaintiff's designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

Should Plaintiff have any questions regarding electronic filing, she may call the ECF Help Desk at (212) 805-0800.

## CONCLUSION

The Clerk of Court is respectfully directed to issue summonses for Equifax Information Services, LLC, Experian Information Solutions, Inc., and TransUnion, LLC; complete the USM-285 form with the address for each Defendant; and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Court grants Plaintiff's motion for permission to participate in electronic case filing. ECF No. 5.

The Clerk of Court is further directed to mail an information package to Plaintiff.

**SO ORDERED.**

**Dated:   January 13, 2025**
**         New York, New York**

   **ANDREW L. CARTER, JR.**
   **United States District Judge**

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Experian Information Solutions, Inc.
   475 Anton Blvd.
   Costa Mesa, CA 92626

2. Equifax Information Services, LLC
   1550 Peachtree Street N.W.
   Atlanta, GA 30309

3. TransUnion LLC
   P.O. Box 2000
   Chester, PA 19016-2000