UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELA HINTERMAIER,<br><br>                Plaintiff,<br><br>  -against-<br><br>EQUIFAX INFORMATION SERVICES, LLC., ET AL.,<br><br>                Defendants. | 24-CV-9697 (ALC) (RFT)<br><br>**AMENDED ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's motion for permission to use electronic filing is GRANTED. (ECF 5.)

    If Defendant Experian wishes to oppose Plaintiff's motion to strike (ECF 23), it shall file a brief by **April 11, 2025**; if Defendant Experian opposes the motion to strike, Plaintiff's reply in further support, if any, shall be due by **April 18, 2025**.

    Plaintiff's letters concerning service of Defendants TransUnion (ECF 24) and Equifax (ECF 25) are premature. Plaintiff may if necessary raise this issue again after April 17, 2025 by filing a letter-motion for extension of time for the U.S. Marshals Service to effect service on those two defendants along with an update on the status of service.

    As set forth in Plaintiff's letter concerning docket entries unrelated to this case (ECF 26), Plaintiff does not seek the summonses requested at ECF 13, 14, and 15. Accordingly, the Clerk of Court is respectfully requested to strike ECF 13, 14, and 15.

    Plaintiff's motion to seal exhibits B-H of her proposed amended complaint (ECF 32) is denied as premature, without prejudice to refiling if the Court grants Plaintiff's motion to file

the proposed amended complaint (ECF 30). The Clerk of Court is respectfully requested to terminate ECF 32, and to strike ECF 34.

DATED:   March 31, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge