UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELA HINTERMAIER,<br><br>                Plaintiff,<br><br>  -against-<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>              Defendants. | 24cv09697 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Experian's motion to stay briefing (ECF 40) on Plaintiff's motion to strike Experian's affirmative defenses (ECF 23) is granted. Experian shall not be obligated to respond to Plaintiff's motion to strike until seven days after a decision denying Plaintiff's motion to amend (ECF 30).

If any Defendant wishes to oppose Plaintiff's motion to amend (ECF 30), it shall do so by **April 25, 2025.**

If any Defendant opposes Plaintiff's motion to amend, she shall have until **May 9, 2025** to file a reply brief in further support of her motion to amend.

The Clerk of Court is respectfully requested to terminate ECF 40.

DATED: April 14, 2025  
           New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge