UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRELA HINTERMAIER,

            Plaintiff,

  -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

            Defendant.

24-CV-09697 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Thursday, April 24, 2025 at 10:30 a.m.** The parties should be prepared to discuss Plaintiff's First Motion to Strike, filed on April 19, 2025, [ECF 48]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 639 701 318#.

DATED: April 21, 2025
            New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge