UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELA HINTERMAIER,<br><br>                Plaintiff,<br><br>  -against-<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>              Defendants. | 24cv09697 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The oppositions of Defendants Equifax and TransUnion, if any, to Plaintiff's motions to strike (ECF 67, 70) shall be filed on the docket by **June 9, 2025;** if either Equifax or TransUnion opposes the motion to strike their respective answers and/or affirmative defenses, Plaintiff may file a reply in further support of the motion(s) by **June 23, 2025**

DATED:  May 13, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge