UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MIRELA HINTERMAIER,

                  Plaintiff,

                  -against-                          1:24-cv-09697 (ALC) (RFT)

EQUIFAX INFORMATION SERVICES, LLC, et al.,                  ORDER

                  Defendants.

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On August 8, 2025, Defendant TransUnion filed a letter with this Court requesting a pre-motion conference on a proposed motion to join Defendant Experian's motion to dismiss. ECF No. 92. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to the Defendant's letter motion by **September 3, 2025** indicating her position.

**SO ORDERED.**

**Dated: August 28, 2025**
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**