UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────X

MIRELA HINTERMAIER,

                              Plaintiff,

v.                                                  Case No.: 1:24-cv-09697-ALC-RFT

EXPERIAN INFORMATION SOLUTIONS, INC.,

EQUIFAX INFORMATION SERVICES LLC,

TRANS UNION LLC,

                              Defendants.
──────────────────────────────────────X

**PLAINTIFF'S LETTER-MOTION REQUESTING LEAVE TO FILE A SUR-REPLY TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S REPLY (DOC. 105)**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Tarnofsky:

      Plaintiff Mirela Hintermaier, proceeding pro se, respectfully requests leave to file a short sur-reply in opposition to Defendant Experian Information Solutions, Inc.'s Reply Memorandum of Law in Support of its Motion to Dismiss the First Amended Complaint (ECF No. 105).

      Good cause exists because Experian's Reply raises new arguments and authorities not presented in its opening motion, including:

      1. A new factual assertion that Experian's reporting is limited to "discharged through Chapter 7" designations, which directly contradicts Plaintiff's pleaded allegations and exhibits.

      2. Reliance on *In re Vogt*, 257 B.R. 65 (Bankr. D. Colo. 2000), a case not cited in Experian's initial motion.

      3. A new contention that Plaintiff "cites no case law" supporting her claims, despite Plaintiff having cited binding Second Circuit and SDNY precedent.

      4. A heightened request for dismissal with prejudice, expanding the relief sought.

      Because these arguments were raised for the first time on reply, Plaintiff has not had an opportunity to address them. A narrowly tailored sur-reply will ensure a complete record and prevent prejudice.

      Accordingly, Plaintiff respectfully requests that the Court grant leave to file a sur-reply not to exceed four (4) pages, limited to addressing the new arguments in Experian's Reply.

      Thank you for your consideration.

Dated: September 22, 2025
New York, New York

                                                  Respectfully submitted,

                                                  /s/ *Mirela Hintermaier*
                                                  Mirela Hintermaier
                                                  Plaintiff, Pro Se