UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

          Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

          Defendants.

24-CV-09697 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff requests a waiver of PACER fees. (ECF 109.) However, when she opted to accept electronic service, she was warned that: she would receive notice of electronic filing each time a document was filed in her case and would get one "free look" at the document by clicking a hyperlink to the document, which is active for 15 days; after clicking the hyperlink to view the document once or after 15 days, the hyperlink would no longer provide free access; and to avoid future charges she should print or save the document. (ECF 3.) While it is possible to obtain waivers of PACER fees, such waivers are usual given only upon a showing of why the litigant cannot print or save documents during the one free look. Plaintiff's application is denied without prejudice to refiling if she can explain why she cannot save or print filings.

    The Clerk of Court is respectfully requested to terminate ECF 109.

DATED:  September 29, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge