UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELA HINTERMAIER,<br><br>            Plaintiff,<br><br>    -against-<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>            Defendant. | 24-CV-09697 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

An initial case management conference was held on January 12, 2026, during which Defendants discussed the possibility of seeking a stay of discovery pending a decision on their dispositive motions. Subsequently, Judge Carter issued an order dismissing the amended complaint without prejudice and giving Plaintiff until February 26, 2026 to file a second amended complaint (ECF 118). In light of Judge Carter's order, I am sua sponte staying discovery in this matter until **April 3, 2026**. If Plaintiff files a second amended complaint and Defendants move to dismiss, they may file a motion to stay discovery at the same time as their motions to dismiss; under those circumstances, Plaintiff would have 14 days to oppose the motion to stay discovery.

DATED:        January 13, 2026
                New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge