USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/26/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

MIRELA HINTERMAIER,

        Plaintiff,

    -against-

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

        Defendants.

----------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:

**1:24-cv-09697 (ALC) (RFT)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On January 12, 2026, this Court issued an Opinion dismissing the amended complaint without prejudice and granting Plaintiff leave to file another amended complaint. *See* ECF No. 118. On February 25, 2026, Plaintiff filed her Second Amended Complaint. *See* ECF No. 120. The parties are hereby directed to discuss settlement in this matter. The parties are further **ORDERED** to submit a joint status report by **April 2, 2026** regarding the status of any settlement. Defendants' deadlines to answer the complaint or otherwise respond to the complaint by filing any pre-motion conference requests are hereby **STAYED** pending the filing of the joint status report.

**SO ORDERED.**

**Dated:  February 26, 2026**
   **New York, New York**

             _____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**