UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRELA HINTERMAIER,

                Plaintiff,

    -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

            Defendants.

24cv09697 (ALC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 16, 2026, I ordered the parties to confer and file a joint letter on the docket by April 17, 2026, listing two dates before May 1, 2026 when all the parties are available to participate in a mediation conference. (*See* ECF 132.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint letter until **April 22, 2026.**

DATED:  April 21, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge