UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mirela Hintermaier,<br><br>       Plaintiff,<br><br>  -against-<br>Equifax Information Services, LLC, et al.,<br><br>       Defendants. | 24CV09697 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 17, 2026, Plaintiff, who is pro se, submitted a joint letter [See Exhibit A] to the docket to fulfill my order at ECF 132. She also emailed the letter to my courtroom deputy after encountering technical difficulties uploading the letter to the docket. Docket Services indicated that the letter was malformed and therefore was not uploaded. The deadline for the parties to confer and provide another date was extended to April 21, 2026.

On April 21, 2026, Plaintiff submitted a second joint letter [See Exhibit B] to my courtroom deputy by email stating that all parties are available for mediation on May 14, 2026.

The Mediation Office is respectfully requested to find a mediator who is available on May 14, 2026 to hold a mediation session with all parties.

DATED:  April 21, 2026
      New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge