UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRELA HINTERMAIER,

               Plaintiff,

    -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

               Defendants.

24cv09697 (ALC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 16, 2026, I ordered the parties to file a joint letter on the status but not the substance of their settlement talks on the docket within two business days after a mediation session was held. (*See* ECF 132.) The parties' first mediation session was scheduled for May 14, 2026. The parties' joint status update was therefore due by May 18, 2026. The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint letter until **May 22, 2026.**

DATED: May 19, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge