Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**Brenna McGill**
D 213.928.9852
brenna.mcgill@troutman.com

May 26, 2026

Hon. Robyn Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007
TarnofskyNYSDChambers@nysd.uscourts.gov

**Re:    Hintermaier v. Equifax, et al.; 1:24-cv-09697**
**Joint Letter re: Status of Settlement Discussions**

Dear Judge Tarnofsky:

*Pro Se* Plaintiff Mirela Hintermaier and counsel for Defendants Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services LLC hereby jointly submit this correspondence regarding the status of settlement discussions pursuant to Docket Nos. 132 and 135.

On April 15, 2026, the Parties participated in a settlement conference with Your Honor but were unable to reach a settlement agreement. On May 14, 2026, the Parties participated in mediation and were again unable to reach a settlement agreement.

At this time, the Parties do not anticipate they will be able to reach a settlement agreement in this matter.

Plaintiff respectfully notes for the Court's record that she participated in good faith in both settlement proceedings. Plaintiff is prepared to proceed to discovery and trial.

Sincerely,

*/s/ Mirela Hintermaier*
Mirela Hintermaier
*Pro se Plaintiff*

*/s/ Brenna J. McGill*
Brenna J. McGill
TROUTMAN PEPPER LOCKE LLP
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**Hon. Robyn Tarnofsky**
May 26, 2026
Page 2

troutman
pepper locke

_/s/ Paide Vacante_
Paige Vacante
SEYFARTH SHAW LLP
_Counsel for Defendant_
_Equifax Information Services LLC_

_/s/ Robert J. Murdoch_
Robert J. Murdoch
BUCHANAN INGERSOLL & ROONEY PC
_Counsel for Defendant_
_Trans Union LLC_