UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

                    Plaintiff,

        -against-
EQUIFAX INFORMATION SERVICES, LLC, et al.,

                    Defendants.

24cv09697 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendants shall respond to the second amended complaint by **June 18, 2026**. If they file motions to dismiss Plaintiff's response shall be filed by **July 10, 2026**, and Defendants' reply shall be filed by **July 24, 2026**. If Defendants file motions to dismiss and seek a stay of discovery, they shall file letter-motions for a stay by **July 31, 2026**; if any such letter motions are filed, Plaintiff may file a letter in response by **August 7, 2026**.

DATED:  May 29, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge