UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELA HINTERMAIER,<br><br>                             Plaintiff,<br><br>    v.<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC,<br><br>                             Defendants. | Case No. 1:24-cv-09697-ALC |

## NOTICE OF APPEARANCE

**To the Clerk of the Court and All Parties of Record:**

**PLEASE TAKE NOTICE** that Allison M. Cunneen, a member of the bar of this Court in good standing, hereby appears as counsel to Defendant Experian Information Solutions, Inc.

Dated:  June 1, 2026
        New York, NY

Respectfully submitted,

/s/ Allison M. Cunneen

VENABLE LLP
Allison M. Cunneen
151 W 42nd Street
New York, NY 10036
amcunneen@venable.com
(212) 370-6298

*Attorney for Defendant Experian
Information Solutions, Inc.*