**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **MIRELA HINTERMAIER,** | |
|     **Plaintiff,** | |
| **v.** | **Civil Action No. 1:24-cv-09697-ALC-RFT** |
| | **MOTION TO WITHDRAW** |
| **EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,** | **THE APPEARANCE OF** **BRENNA J. MCGILL** |
|     **Defendants.** | |

Pursuant to Local Civil Rule 1.4(b), the undersigned, Brenna J. McGill, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Allison M. Cunneen of Venable LLP, who is admitted to this Court. The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

Dated: June 8, 2026              Respectfully submitted,

                                    */s/ Brenna J. McGill*
                                      Brenna J. McGill
                                      Rachelle Pointdujour
                                      TROUTMAN PEPPER LOCKE LLP
                                      875 Third Avenue
                                      New York, NY 10022
                                      Telephone: (213) 928-9852
                                      Brenna.McGill@troutman.com
                                      rachelle.pointdujour@troutman.com

Allison M. Cunneen
VENABLE LLP
151 W 42nd Street
New York, NY 10036
(212) 370-6298
amcunneen@venable.com

*Attorney for Defendant Experian
Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel

of record. I further certify that I served a copy by U.S. Mail and email upon:

Mirela Hintermaier
330 W 56th Street
Apt 23M
New York, NY 10019
Email: mirela_hm@pm.me
*Pro Se Plaintiff*

<u>*/s/ Brenna J. McGill*</u>
Brenna J. McGill

*Attorney for Defendant Experian
Information Solutions, Inc.*