**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MIRELA HINTERMAIER,**

    **Plaintiff,**

v.

**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND TRANS UNION, LLC,**

    **Defendants.**

---

**Civil Action No. 1:24-cv-09697-ALC-RFT**

[PROPOSED ORDER] **ON MOTION TO WITHDRAW THE APPEARANCE OF BRENNA J. MCGILL**

Having reviewed the Motion to Withdraw the Appearance of Brenna J. McGill as Counsel for Experian Information Solutions Inc., and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion to Withdraw is granted, and that Brenna J. McGill is terminated as counsel for Experian in this action.

The Clerk of Court is Respectfully requested to terminate ECF 141 and terminate Ms. McGill as attorney of record.

    IT IS SO ORDERED.

Dated: June 8, 2026
      New York, NY

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**