UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRELA HINTERMAIER,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC.; AND TRANS UNION,
LLC,

    Defendants.

Civil Action No. 1:24-cv-09697-ALC-RFT

~~[PROPOSED ORDER]~~ ON MOTION TO
WITHDRAW THE APPEARANCE OF
RACHELLE POINTDUJOUR

---

Having reviewed the Motion to Withdraw the Appearance of Rachelle Pointdujour as

Counsel for Experian Information Solutions Inc., and for good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Withdraw is granted, and that Rachelle

Pointdujour is terminated as counsel for Experian in this action.

The Clerk of Court is Respectfully requested to terminate ECF 142 and terminate Ms. Pointdujour
as attorney of record.

    IT IS SO ORDERED.

Dated: June 8, 2026
    New York, NY

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE