UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIRELA HINTERMAIER,<br><br>                      Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>and TRANS UNION, LLC,<br><br>                     Defendants. | Case No. 1:24-cv-09697-ALC |

## NOTICE OF APPEARANCE

**To the Clerk of the Court and All Parties of Record:**

    **PLEASE TAKE NOTICE** that Carlos H. Salguero Jr., a member of the bar of this Court in good standing, hereby appears as counsel to Defendant Experian Information Solutions, Inc.

Dated:  June 8, 2026
        New York, NY

                                  Respectfully submitted,

                                  */s/ Carlos H. Salguero Jr.*

                                  Venable LLP
                                  Carlos H. Salguero Jr.
                                  151 W 42nd Street
                                  New York, NY 10036
                                  CHSalguero@venable.com
                                  (212) 218-2578

                                  *Attorney for Defendant Experian*
                                  *Information Solutions, Inc.*