# VENABLE LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598   www.Venable.com

June 15, 2026

**t** 212.218.2578
**f** 212.307.5598
CHSalguero@Venable.com

**VIA ECF**
Hon. Robyn F. Tarnofsky
United States District Court for the
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

>    Re:    **Hintermaier v. Equifax Information Services, LLC et al.  1:24-cv-09697-ALC-RFT**

Dear Judge Tarnofsky,

Pursuant to Local Civil Rule 7.1(e) and Your Honor's Individual Practice I.E, Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, respectfully seeks a twenty-one (21) day extension to file its response to Plaintiff Mirela Hintermaier's ("Plaintiff") Second Amended Complaint ("SAC"), which is presently set for June 18, 2026. *See* ECF No. 139.

Plaintiff has consented to this 21-day extension up to and including July 9, 2026 on the condition that she be granted a reciprocal 21-day extension to file a response in the event Experian files a dispositive motion.[1]  This would set a response deadline of up to and including July 30, 2026.  Experian does not object.

In further support of this request counsel states that good cause for granting this extension exists as counsel's firm has only recently been transferred these matters from prior counsel and the undersigned was just assigned this matter last week.  ECF No. 145. Further, an extension would allow counsel to properly review the record and prepare Experian's response to the SAC.  Counsel further states that Experian (through prior counsel) has previously requested and was granted an extension over a year ago with respect to Plaintiff's original complaint. *See* ECF Nos. 17, 18. Further, this extension would not affect any present deadlines.  Experian is prepared to comply with the July 31, 2026 discovery stay deadline. ECF No. 139.

This request is made in good faith and not for the purpose of causing undue delay.

---

[1] Local Civil Rule 6.1(b)(2) provides that papers responding to a dispositive motion "must be served within 14 days after service of the moving papers."

**V**ENABLE<sub>LLP</sub>

---

June 15, 2026
Page 2

      Accordingly, Experian requests a deadline of **July 9, 2026**, to submit a response to the SAC, with any response by Plaintiff to a dispositive motion equally extended for 21 days.

                     Respectfully submitted,


                     */s/ Carlos Salguero*
                     Carlos H. Salguero

cc: All counsel of record (via ECF)