## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
and TRANSUNION, LLC,

Defendants.

Case No. 1:24-cv-09697-ALC-RFT

### DEFENDANT TRANS UNION LLC'S ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant Trans Union LLC ("Trans Union"), by and through its undersigned counsel, hereby submits this Answer to the Second Amended Complaint filed by Mirela Hintermaier ("Plaintiff"). Plaintiff's Second Amended Complaint did not include numbered paragraphs. Therefore, Trans Union will respond to Plaintiff's allegations based upon Plaintiff's individual paragraphs, or based upon sections as further described in the Answer

### I.     PRELIMINARY STATEMENT

1.     Trans Union admits only that Plaintiff has asserted claims pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA"). Trans Union denies the remaining allegations contained in this paragraph.

2.     Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

3. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

4. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

5. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

6. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

7. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

8. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the

remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

## II.    JURISDICTION AND VENUE

9.    Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

10.    Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

## III.    PARTIES

11.    Trans Union admits that Plaintiff is a natural person. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

12.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

13.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

14.    Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

## IV.    FACTUAL ALLEGATIONS

15.    Trans Union states that it lacks knowledge or information sufficient to form a belief

about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

16.     The allegations contained in this paragraph refer to a written document which speaks for itself.  Trans Union denies Plaintiff's characterizations.  By way of further answer, Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

17.     The allegations contained in this paragraph refer to a written document which speaks for itself.  Trans Union denies Plaintiff's characterizations.  By way of further answer, Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

18.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

19.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

**B. Industry Reporting Standards**

20.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

21.     Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of

these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

### DEFENDANT-SPECIFIC ALLEGATIONS: EXPERIAN INFORMAITON SOLUTIONS, INC.

**C. Experian's Materially Misleading Reporting of Student Loans as Active Obligations**

22.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

23.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations in this paragraph and its subparts, which has the effect of a denial under Rule 8(b)(5).

24.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

25.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

26.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

**D. Credit Denials Caused by Experian's Reporting and Resulting Medical Damages**

27.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

28.    The allegations contained in this paragraph refer to a written document which

5

speaks for itself.  Trans Union denies Plaintiff's characterizations. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations, which has the effect of a denial under Rule 8(b)(5).

29.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

30.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

**E. Experian's Disputes and Failed Reinvestigations**

31.     The allegations contained in this paragraph refer to a written document which speaks for itself.  Trans Union denies Plaintiff's characterizations. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

32.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

33.     The allegations contained in this paragraph refer to a written document which speaks for itself.  Trans Union denies Plaintiff's characterizations. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

**DEFENDANT-SPECIFIC ALLEGATIONS: TRANS UNION, LLC**

**F. Trans Union's Materially Misleading Reporting of Student Loans as Active Obligations**

34.     Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

6

35. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations in this paragraph and its subparts, which has the effect of a denial under Rule 8(b)(5).

36. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

37. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

38. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

39. Trans Union denies it violated the FCRA (or any other law). Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

**G. Trans Union's Denial of File Access and Failure to Provide Hard Copy**

40. Trans Union denies the allegations contained in this paragraph.

41. Trans Union denies the allegations contained in this paragraph.

42. Trans Union states that it lacks knowledge or information sufficient to form a belief

about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

43.     Trans Union denies the allegations contained in this paragraph.

**H. Credit Denials Caused by Trans Union's Reporting**

44.     Trans Union denies the allegations contained in this paragraph.

45.     The allegations contained in this paragraph refer to written documents which speak for themselves.   Trans Union denies Plaintiff's characterizations. Trans Union denies the allegations contained in this paragraph.

46.     Trans Union denies the allegations contained in this paragraph.

**I.       Trans Union's Disputes and Failed Reinvestigation**

47.     The allegations contained in this paragraph refer to a written document which speaks for itself.  Trans Union denies Plaintiff's characterizations. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

48.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

49.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

50.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

51.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

**J. Trans Union's Denial of File Access and Failure to Provide Hard Copy**

52.     Trans Union denies the allegations contained in this paragraph.

53.     Trans Union denies the allegations contained in this paragraph.

54.     Trans Union denies the allegations contained in this paragraph.

55.     Trans Union denies the allegations contained in this paragraph.

**DEFENDANT-SPECIFIC ALLEGATIONS: EQUIFAX INFORMATION SERVICES, LLC**

**K. Equifax's Materially Misleading Reporting of Student Loans as Active Obligations**

56.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

57.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations and its subparts, which has the effect of a denial under Rule 8(b)(5).

58.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

59.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

**L. Equifax's Reinvestigation: Refreshed and Extended the Misrepresentation**

60.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

61.     Trans Union states that it lacks knowledge or information sufficient to form a belief

about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

62.     Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations and its subparts, which has the effect of a denial under Rule 8(b)(5).

63.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

64.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

65.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

**M. Equifax's December 4, 2024 Letter: Obstruction After Completed Reinvestigation**

66.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

67.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

## <u>DAMAGES COMMON TO ALL DEFENDANTS</u>

68.     Trans Union denies the allegations contained in this paragraph as they relate to Trans Union.  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

69.     Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

70.     Trans Union denies the allegations contained in this paragraph.

10

71.    Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

72.    Trans Union denies the allegations contained in this paragraph as they relate to Trans Union.  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

73.    Trans Union denies the allegations contained in this paragraph as they relate to Trans Union.  Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in this paragraph, which has the effect of a denial under Rule 8(b)(5).

## V. CAUSES OF ACTION

**COUNT I – AS TO EXPERIAN ONLY**

**Violation of 15 U.S.C. 1681e(b) – Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

74.    Trans Union reasserts its answers and responses set forth herein.

75.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

76.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

77.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

11

78.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

## COUNT II – AS TO EXPERIAN ONLY

**Violation of 15 U.S.C. 1681i(a) – Failure to Conduct a Reasonable Reinvestigation**

79.    Trans Union reasserts its answers and responses set forth herein.

80.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

81.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

82.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

## COUNT III – AS TO TRANS UNION ONLY

**Violation of 15 U.S.C. 1681e(b) – Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

83.    Trans Union reasserts its answers and responses set forth herein.

84.    Trans Union denies the allegations contained in this paragraph.

85.    Trans Union denies the allegations contained in this paragraph.

86.    Trans Union denies the allegations contained in this paragraph.

87.    Trans Union denies the allegations contained in this paragraph.

12

**COUNT IV – AS TO TRANS UNION ONLY**

**Violation of 15 U.S.C. 1681i(a) – Failure to Conduct a Reasonable Reinvestigation**

88. Trans union reasserts its answers and responses set forth herein.

89. Trans Union denies the allegations contained in this paragraph.

90. Trans Union denies the allegations contained in this paragraph.

**COUNT V – AS TO TRANS UNION ONLY**

**Violation of 15 U.S.C. 1681g – Failure to Provide File Disclosure**

91. Trans union reasserts its answers and responses set forth herein.

92. Trans Union denies the allegations contained in this paragraph.

93. Trans Union denies the allegations contained in this paragraph.

94. Trans Union denies the allegations contained in this paragraph.

**COUNT VI – AS TO EQUIFAX ONLY**

**Violation of 15 U.S.C. 1681e(b) – Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy**

95. Trans union reasserts its answers and responses set forth herein.

96. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

97. Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

**COUNT VII – AS TO EQUIFAX ONLY**

**Violation of 15 U.S.C. 1681i(a) – Failure to Conduct a Reasonable Reinvestigation**

13

98.     Trans union reasserts its answers and responses set forth herein.

99.     Trans Union denies the allegations contained in this paragraph.

100.    Trans Union denies the allegations contained in this paragraph.

## VIII. WILLFULNESS

101.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5). Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them.

102.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

103.    Trans Union denies the allegations contained in this paragraph.

104.    Trans Union states that it lacks knowledge or information at this time sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

## IX.     PRAYER FOR RELIEF

**Answer:**     Trans Union denies that Plaintiff is entitled to any damages, costs, fees, or other relief from or against Trans Union. Trans Union denies any remaining allegations contained in the Second Amended Complaint's prayer for relief paragraph.

## JURY DEMAND

Answer: Trans Union admits that Plaintiff demands a trial by jury.

## CATCHALL PROVISION

Trans Union denies all allegations that were not specifically admitted

14

## AFFIRMATIVE DEFENSES

1.      Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiffs in preparing consumer reports related to Plaintiff.

2.      Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3.      Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.      Trans Union at all times acted in compliance with the FCRA.

5.      Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

6.      Plaintiff's common law and/or state law claims are barred/preempted by the qualified immunity/privilege granted by the FCRA and state law.

7.      Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

8.      Any statement made by Trans Union regarding Plaintiff were true or substantially true.

9.      Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Pennsylvania.

10.    In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

11.    Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

12.    Plaintiff lack standing to assert the claims alleged in this action against Trans Union.

13.    In the interest of justice, Trans Union may seek to transfer this matter pursuant to 28 U.S.C. § 1404, if this Court is not the most convenient venue for the parties and witnesses.

14.    Plaintiff's claim for declaratory relief is not authorized, provided for, or allowed under the FCRA.

WHEREFORE, Defendant Trans Union LLC, by counsel, denies that Plaintiff is entitled to judgment or to any of the relief sought, and respectfully requests that judgment be entered in its favor and against Plaintiff on all counts set forth in the Second Amended Complaint, and that Trans Union LLC, be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Andrew G. Hope*
Andrew G. Hope( NY Bar ID 4913547)
Robert J. Murdoch (Admitted *Pro Hac Vice*)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
T: 215 665-8700
Andrew.hope@bipc.com
Robert.murdoch@bipc.com

Dated:  June 18, 2026                    *Counsel for Defendant TransUnion, LLC*

**CERTIFICATE OF SERVICE**

16

The undersigned hereby certifies that a true copy of the foregoing has been filed electronically on the **18th day of June, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|-------|--|
|       | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **18th day of June, 2026,** properly addressed as follows:

| PRO SE PLAINTIFF <br> **Mirela Hintermaier** <br> 330 W 56th Street <br> Apt 23M <br> New York,NY 10019 <br> (212) 729-4637 <br> **mirela_hm@pm.me** | |
|---|--|

By: */s/ Andrew G. Hope*
Andrew G. Hope

*Counsel for Defendant Trans Union, LLC*

17