UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

Defendants.

24cv09697 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's motion for leave to file a third amended complaint was filed without a redline comparing the proposed third amended complaint to the operative complaint. Plaintiff shall file the required redline on the docket by **September 18, 2026**. Defendants' opposition, if any, to Plaintiff's motion to file a third amended complaint shall be due by **October 9, 2026**, and Plaintiff's reply in further support shall be due by **October 23, 2026**.

DATED: September 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge