UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

Defendants.

24cv09697 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for leave to file a Third Amended Complaint ("TAC") (ECF 159) and a first letter motion for discovery (ECF 167). The motions are GRANTED IN PART and DENIED IN PART, as set forth below and as discussed at the conference held on October 7, 2026:

1. The parties shall file on the docket a fully executed version of the proposed protective order with Defendants' suggested language by **October 13, 2026**. Plaintiff may produce documents to Defendants on an attorneys' eyes only basis; in light of Plaintiff's pro se status, Defendants may not designate document produced to Plaintiff as attorneys' eyes only.
2. Plaintiff shall produce medical records going back as far as April 2023.
3. I decline to require the parties to follow the meet and confer process proposed by Plaintiff. The parties shall make best efforts to meet and confer, but if any party has difficulty setting up a meet and confer session, the party may move to compel discovery, and we will address the issues at a conference.

4. Defendants do not object to Plaintiff filing the TAC. Accordingly, the TAC at ECF 159-1 is now the operative complaint. Defendants shall have until **October 28, 2026** to respond to the TAC.

The Clerk of Court is respectfully requested to terminate ECF 159 and 167.

DATED: October 7, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge