UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIRELA HINTERMAIER,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

Defendants.

24cv09697 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Any opposition to the pending motion to amend (ECF 182) shall be filed by **November 20, 2026**. If any such opposition is filed, Plaintiff shall have until **November 30, 2026** to file a reply in further support of the motion to amend.

DATED: November 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge